■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES LEE, Appellant.—Judgment, Supreme Court, New York County (Alvin Schlesinger, J.), rendered on May 4, 1987, unanimously affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK LEE, Appellant.—Judgment, Supreme Court, Bronx County (John Collins, J.), rendered on April 10, 1985, unanimously affirmed. Motion by appellant for leave to enlarge the record on appeal to include certain exhibits is denied. No

opinion. Concur—Ross, J. P., Milonas, Ellerin and Wallach, JJ.